# UNITED STATES DISTRICT COURT

for

EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

U.S.A. vs. John Mickey Harris, Jr                                   Docket No. 7:08-CR-21-1FL

## Petition for Action on Supervised Release

COMES NOW Pamela O. Thornton, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of John Mickey Harris, Jr, who, upon an earlier plea of guilty to Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. §§ 922 (g)(1) and 924, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on September 15, 2008, to the custody of the Bureau of Prisons for a term of 71 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

3. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

4. The defendant shall participate in a vocational training program as directed by the probation office.

5. The defendant shall submit a written weekly report to the probation office, if not regularly employed, of attempts to secure gainful employment.

6. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

John Mickey Harris, Jr was released from custody on December 20, 2013, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On June 25, 2014, the releasee submitted to a urine screen which revealed positive results for the use of Phencyclidine (PCP). The urine specimen was confirmed positive by Alere Laboratories on June 30, 2014. The releasee was questioned on July 10, 2014, regarding the positive result and admitted to smoking PCP the weekend prior to his drug screen on June 25, and again on July 4, 2014 with friends. He stated that he had been stressing over an outstanding state warrant from 2007, that had been served on him following his release from the Bureau of Prisons. The pending charges happened prior to his federal offense and is not a violation of his supervised release.

The releasee was admonished for his use of PCP and was referred back to Coastal Horizons Treatment Center for both mental health and substance abuse treatment. He has admitted to his officer that he fears he may go back to prison on the state charge. Mr. Harris is currently working two jobs and living with his parents. Other than his drug use, he has been compliant with his release conditions. It is recommended that his conditions be modified to include a weekend in jail as a sanction for his drug use. Urine surveillance has been increased and he will be monitored closely for future drug use.

The releasee signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons from 7:00 p.m. on Friday until 7:00 p.m. on Sunday for a period of 1 weekend, and shall abide by all rules and regulations of the designated facility.

John Mickey Harris, Jr.
Docket No. 7:08-CR-21-1FL
Petition For Action
Page 3

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Pamela O. Thornton
Pamela O. Thornton
Senior U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-815-4857
Executed On: July 11, 2014

### ORDER OF COURT

Considered and ordered this 11th day of July, 2014, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge